**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>        Petitioner,<br><br>              v.<br><br>GENERAL, LLC,<br><br>        and<br><br>MEDIA, LLC,<br>        Respondents | Case No. 3:16-CV-00136-LRH-VPC<br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**<br><br>**AND ORDER THEREON** |

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Burke W. Kappler to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.  Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or

one of the assistants, be permitted to practice before this court during the period of such employment.

Mr. Kappler is an attorney with the Federal Trade Commission, an agency of the federal government, and is an active member in good standing of the bar of the District of Columbia. The following information is provided to the Court:

> Burke W. Kappler (D.C. Bar No. 471936)
> Attorney, Office of General Counsel
> Federal Trade Commission
> 600 Pennsylvania Ave., N.W.
> Washington, D.C. 20580
> Phone: 202-326-2043
> Fax: 202-326-2477
> bkappler@ftc.gov

Accordingly, the United States respectfully requests that the Court admit Burke W. Kappler to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted on March 9, 2016.

> DANIEL G. BOGDEN
> United States Attorney
>
> /s/ Holly A. Vance
> HOLLY A. VANCE
> Assistant United States Attorney

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: this 10th day of March, 2016.