John D. Hancock (#10435)
JOHN D. HANCOCK LAW GROUP, PLLC
72 North 300 East, Suite A (123-13)
Roosevelt, Utah 84066
Phone: (435) 722-9099
Fax:   (435) 722-9101
Jhancocklaw.ut@gmail.com
*Attorney for Respondents*

Shann Winesett (#5551)
PECOS LAW GROUP
8925 South Pecos Road
Henderson, NV 89074
Phone: (702) 388-1851
Fax:   (702) 388-7406
shann@pecoslawgroup.com
*Co-Counsel and Designated Local Counsel for Respondents*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>GENERAL LLC,<br><br>and<br><br>MEDIA LLC,<br><br>Respondents. | **ORDER (PROPOSED) GRANTING RESPONDENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**<br><br><br><br><br>Case No.: 3:16-CV-00136-LRH-VPC |

This matter having come before the Court upon GENERAL LLC's Unopposed Motion and for Enlargement of Time pursuant to Fed. R. Civ. P. 6(b) and 7(b); the Court having reviewed the motion and related papers; due and proper notice of the Unopposed Motion having been provided and unopposed; and after due deliberation and sufficient cause appearing therefore, the Court finds that the motion should be GRANTED.

Order (Proposed) Granting Respondent's Unopposed Motion for Enlargement of Time
Page 1 of 2

WHEREFORE, IT IS HEREBY ORDERED that Respondents, MEDIA LLC, time to Response to the Petition of the Federal Trade Commission for an Order Enforcing Civil Investigative Demands to Monday, April 25, 2016.

IT IS FURTHER ORDERED that Plaintiff's time to Reply to the Response to the Petition of the Federal Trade Commission for an Order Enforcing Civil Investigative Demands to Friday, April 29, 2016.

IT IS SO ORDERED:

HON. _____
United States Magistrate Judge

DATED: April 20, 2016