John D. Hancock (#10435)
JOHN D. HANCOCK LAW GROUP, PLLC
72 North 300 East, Suite A (123-13)
Roosevelt, Utah 84066
Phone:  (435) 722-9099
Fax:     (435) 722-9101
Jhancocklaw.ut@gmail.com
*Attorney for Respondents*

Shann Winesett (#5551)
PECOS LAW GROUP
8925 South Pecos Road
Henderson, NV 89074
Phone:  (702) 388-1851
Fax:     (702) 388-7406
shann@pecoslawgroup.com
*Co-Counsel and Designated Local Counsel for Respondents*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>GENERAL LLC,<br><br>and<br><br>MEDIA LLC,<br><br>Respondents. | **RESPONSE TO PETITION OF THE FEDERAL TRADE COMMISSION**<br><br><br><br><br><br>Case No.:  3:16-CV-00136-LRH-VPC |

**COMES NOW** Respondents, GENERAL LLC and MEDIA LLC, by and through counsel of record, John D. Hancock, Esq., of and for the law firm of John D. Hancock Law Group, PLLC and hereby submits this Response to Petition of the Federal Trade Commission.

### I. Procedural Posture

1. CIDs were issued to General LLC, and Media LLC, on or about December 23, 2015.

2. Federal Express allegedly delivered the CIDs to the resident agents of the companies on or about December 28, 2015.

3. The instant Petition for an order enforcing the CIDs was March 9, 2016.

4. On March 10, 2016, an orders to show cause was issued ordering the companies to show cause, if any, why the Petition should not be granted.

5. Any response to the Petition filed by the companies is due April 19, 2016.

6. On April 19, 2016, the companies provided a full response to the CIDs.

7. On April 21, 2016, the FTC took the issue with the April 19, 2016, responses but failed to identify or specify any particular issues or concerns with the responses. *See* email correspondence string between counsel commencing April, 21, 2016, attached hereto as Exhibit "1".

8. Despite the companies' offers to meet and confer in good faith to address any issues with the responses to the CIDs, the FTC has made no effort to specify any issues or attempt to resolve any issues with the companies.

## II. Analysis

A full response to the CIDs have been served by the companies rendering the instant petition moot. Should the FTC take issue with the responses, or any parts thereof, the FTC must first make a good faith attempt to address those issues with the companies prior to seeking court intervention.

General LLC, and Media LLC, have been and are amenable to scheduling a meet and confer for the purpose of resolving any issue(s) related to the CID responses with the FTC. The position of the FTC that it will not specify any issues with the responses but intends to raise those unspecified issues at the order to show cause hearing scheduled for May 3, 2016, is troubling.

First, the May 3, 2016, hearing purpose is not to address any issues with the April 19, 2016, responses to the CIDs. Second, it is inexplicable why the FTC would not specify the issues and attempt a resolution with the companies prior to the May 3, 2016, hearing.

### III. Conclusion

It is requested that the May 3, 3016, be vacated as the companies served responses to the CIDs on April 19, 2016, therefore rending the purpose for which the hearing was scheduled moot. If the FTC takes issue with the responses to the CIDs it should first be required to resolve those issues with the companies. If a resolution cannot be reached, a hearing may be appropriate provided the issues are property before the court. However, the issues the FTC has represented it intends to raise at the May 3, 2016, hearing are not properly before the court and the companies object to the court considering anything outside of the scope of the purpose for which the hearing was scheduled.

DATED this 25th day April, 2016.

/s/ John D. Hancock
John D. Hancock, Esq.
*Attorney for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2016, I caused a true and correct copy of the foregoing Response to Petition of the Federal Trade Commission to be served via CM/ECF filing to the following:

>David C. Shonka, *Acting General Counsel*
>Leslie Rice Melman, *Assistant General Counsel for Litigation*
>Burke W. Kappler, *Attorney for Plaintiff*
>Federal Trade Commission
>600 Pennsylvania Ave. N.W.
>Washington, DC 20580

>/s/ Coryne Taylor
>Paralegal to John D. Hancock Esq.