DAVID C. SHONKA
　　Acting General Counsel
LESLIE RICE MELMAN
　　Assistant General Counsel for Litigation
BURKE W. KAPPLER
　　Attorney
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Telephone: (202) 326-2043
Facsimile: (202) 326-2477
Email: bkappler@ftc.gov

*Attorneys for Petitioner Federal Trade Commission*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>　　Petitioner,<br><br>　　　　v.<br><br>**GENERAL LLC,**<br><br>　　and<br><br>**MEDIA LLC,**<br>　　Respondents | Case No. 3:16-cv-00136-LRH-VPC |

**THE FEDERAL TRADE COMMISSION'S MOTION TO SEAL**

The Federal Trade Commission respectfully moves this Court to place under seal its Motion to Compel Documents and Information ("Motion to Compel"). In support, the FTC states as follows:

1. The FTC's Motion to Compel contains discussions of, references to, and verbatim quotations from submissions provided to the FTC by respondents General LLC ("General") and Media LLC ("Media"). The FTC's Motion to Compel also attaches as exhibits the submissions themselves. These submissions and documents were produced in response to Civil Investigative Demands, a form of compulsory process, issued to respondents.[1]

2. Under the Federal Trade Commission Act, 15 U.S.C. § 41 *et seq.*, and the FTC's Rules of Practice, *see* 16 C.F.R. Part 4, such materials produced in response to compulsory process are confidential and are subject to limits on disclosure. 15 U.S.C. § 57b-2(b); 16 C.F.R. §§ 4.10(a)(8); 4.10(g). Specifically, such material "may be disclosed in . . . court proceedings subject to . . . court protective or *in camera* orders." 16 C.F.R. § 4.10(g)(3).

3. FTC Rule of Practice 4.10(g) further provides that "[p]rior to disclosure of such material in a proceeding, the submitter [*e.g.*, General and Media] will be afforded an opportunity to seek an appropriate protective or *in camera* order." 16 C.F.R. § 4.10(g). In this case, however, the FTC has elected to seek to have its motion sealed to ensure that the confidential material is protected. The FTC notified counsel for General and Media of its intent to disclose this information and to file this motion for a seal by e-mail on Thursday, June 16, 2016.

---

[1] As discussed in the Reply, these submissions did not fully or completely respond to these CIDs.

For these reasons, the FTC respectfully requests that the Court seal its Motion to Compel. A proposed order is attached.

>
> Respectfully submitted,
>
> DAVID C. SHONKA
> Acting General Counsel
>
> */s/ Leslie Rice Melman*
> LESLIE RICE MELMAN
> Assistant General Counsel for Litigation
>
> */s/ Burke W. Kappler*
> BURKE W. KAPPLER
> Attorney
>
> FEDERAL TRADE COMMISSION
> 600 Pennsylvania Ave., N.W.
> Washington, DC 20580
> Tel.: (202) 326-2043
> Fax: (202) 326-2477
> Email: bkappler@ftc.gov

Dated: June 16, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I will electronically file the foregoing Motion to Seal, with the Clerk of Court using the CM/ECF system for the District of Nevada, which will then send a notification of such filing to the following:

John D. Hancock
John D. Hancock Law Group, PLLC
72 North 300 East, Suite A
Roosevelt, UT 84066
435-722-9099
Email: jhancocklaw.ut@gmail.com

Shann D. Winesett
Pecos Law Group
8925 S. Pecos Road
Suite 14
Henderson, NV 89074
702-361-2318
Fax: 702-388-7406
Email: Shann@PecosLawGroup.com.
*Counsel of record for respondents General LLC and Media LLC.*

I further certify that on June 16, 2016, I will send electronic copies of to counsel for respondents by e-mail to the addresses indicated above.

/s/ Burke W. Kappler
BURKE W. KAPPLER
Attorney
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Tel.: (202) 326-2043
Fax: (202) 326-2477
Email: bkappler@ftc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>Petitioner,<br><br>v.<br><br>**GENERAL LLC,**<br><br>and<br><br>**MEDIA LLC,**<br>Respondents | Case No. 3:16-cv-00136-LRH-VPC |

## [PROPOSED] ORDER TO SEAL

Upon consideration of the Federal Trade Commission's Motion to Seal and the statements and arguments provided therein, it is by this Court hereby

ORDERED that the FTC's Motion to Compel Documents and Information ("Motion to Compel") be placed under seal; and

IT IS FURTHER ORDERED that the FTC's Motion to Compel be sealed until further Order of this Court.

SO ORDERED:

_____
United States Magistrate Judge

Dated: July 19 2016, Reno, NV.