

___ ✓ FILED              ___ RECEIVED
___ ENTERED              ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

        JUL 2 2 2016

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,
    Petitioner,

        v.                                    Case No. 3:16-cv-00136-LRH-VPC

GENERAL LLC,

    and

MEDIA LLC,
    Respondents

[~~PROPOSED~~] ORDER TO SEAL

Upon consideration of the Federal Trade Commission's Unopposed Motion to

Seal its Reply in Support of the Motion to Compel Documents and Information

("Reply") and the statements and arguments provided therein, it is by this Court

hereby

ORDERED that the FTC's Reply be placed under seal; and

IT IS FURTHER ORDERED that the FTC's Reply be sealed until further

Order of this Court.

SO ORDERED:

_____
United States Magistrate Judge

Dated: _July 22_ , Reno, NV.